UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-09639-SVW-RAO | Date | May 20, 2024 |
|---|---|---|---|
| Title | Maomao Shao v. Alejandro N. Mayorkas et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

There being no activity in this case since March 13, 2024, the Court, on April 22, 2024, issued an order to show cause why this action should not be dismissed.

To date, plaintiff has failed to respond.

The Court orders the case dismissed.

|   | : |
|---|---|
| Initials of Preparer | PMC |